## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re:    ROSS, GLENN M. | § | Case No. 09-05421 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 09/09/2014 in Courtroom 644, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/08/2014                    By:    /s/Eugene Crane
                                                   Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ROSS, GLENN M.                                    §   Case No. 09-05421
                                                         §
                                                         §
Debtor(s)                                                §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 28,648.75 |
| *and approved disbursements of* | $ | 120.68 |
| *leaving a balance on hand of* [1] | $ | 28,528.07 |

**Balance on hand:**                    $           28,528.07

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $           0.00
Remaining balance:                        $      28,528.07

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 2,707.27 | 0.00 | 2,707.27 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 6,536.50 | 0.00 | 6,536.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 113.87 | 0.00 | 113.87 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 980.00 | 0.00 | 980.00 |

Total to be paid for chapter 7 administration expenses:   $           10,337.64
Remaining balance:                                         $           18,190.43

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $    0.00

Remaining balance:   $    18,190.43

      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $    0.00

Remaining balance:   $    18,190.43

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $ 8,798.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Credit Union 1 | 6,362.92 | 0.00 | 6,362.92 |
| 2 | Sallie Mae | 2,435.52 | 0.00 | 2,435.52 |

Total to be paid for timely general unsecured claims:   $    8,798.44

Remaining balance:   $    9,391.99

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 9,391.99 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: $ | | 0.00 |
| Remaining balance: | $ | 9,391.99 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.6% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $315.95.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $9,076.04.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:  /s/EUGENE CRANE
                              Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 09-05421-PSH
Glenn M. Ross                                                   Chapter 7
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: nmolina          Page 1 of 2          Date Rcvd: Aug 11, 2014
                             Form ID: pdf006         Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2014.
```
db            +Glenn M. Ross,    3772 W. Myrick,    Chicago, IL 60652-1837
aty           +Crane Heyman Simon Welch & Clar,    135 S Lasalle St Ste 1540,    Chicago, IL 60603-4101
aty           +Popowcer Katten Ltd,    Popowcer Katten Ltd,    35 E Wacker Dr, Ste 902,    Chicago, IL 60601-2120
13548291      +Chase - Cc,    Attention: Bankruptcy Department,    Po Box 15298,    Wilmington, DE 19850-5298
13548292      +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
                Simi Valley, CA 93062-5170
13548294      +Demetrice Barns,    3772 W. Myrick,    Chicago, IL 60652-1837
13548298      +GMAC,    PO Box 981439,    El Paso, TX 79998-1439
13548301     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
               (address filed with court: Hsbc/rs,    Hsbc Retail Services Attn: Bankruptcy,    Po Box 15522,
                Wilmington, DE 19850)
13548299      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13548300      +Hsbc/ms,    Po Box 2393,    Brandon, FL 33509-2393
13548303      +Litton Loan Servicing,    Attention:  Bankruptcy,    4828 Loop Central Drive,
                Houston, TX 77081-2193
13548304       Michelle Patterson,    336 Clifton Park Ln.,    Woodridge, IL 60517
13548305      +National City Bank,    Attention:  Bankruptcy Department,    6750 Miller Road,
                Brecksville, OH 44141-3262
13548307      +Select Portfolio Servicing, Inc.,    Po Bx 65250,    ATT: Bankruptcy Department,
                Salt Lake City, UT 84165-0250
13548308      +Select Portfolio Servicing, Inc.,    ATT: Bankruptcy Department,    Po Box 65250,
                Salt Lake City, UT 84165-0250
13548309      +Washington Mutual Bank,    7301 Baymeadows Way,    Jacksonville, FL 32256-6826
13548310      +Wells Fargo Hm Mortgag,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7200
13548311      +Wf Fin Bank,    Po Box 182273,    Columbus, OH 43218-2273
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21006299      +E-mail/Text: group_legal@creditunion1.org Aug 12 2014 01:18:07     Credit Union 1,
                450 E. 22nd Street, Suite 250,    Lombard, IL 60148-6176
13548293      +E-mail/Text: group_legal@creditunion1.org Aug 12 2014 01:18:07     Credit Union One A D,
                Po Box 200,    Rantoul, IL 61866-0200
13548295      +E-mail/Text: ally@ebn.phinsolutions.com Aug 12 2014 01:15:18     G M A C,    2740 Arthur St,
                Roseville, MN 55113-1303
13548296      +E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2014 01:38:40     GEMB / HH Gregg,
                Attention:  Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
13548297      +E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2014 01:36:17     Gemb/suzuki,    P.o. Box 981400,
                El Paso, TX 79998-1400
21068853      +E-mail/PDF: pa_dc_claims@navient.com Aug 12 2014 01:36:18     Sallie Mae,    c/o Sallie Mae, Inc.,
                220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
13548306      +E-mail/PDF: pa_dc_claims@navient.com Aug 12 2014 01:33:49     Sallie Mae,    Attn: Claims Dept,
                Po Box 9500,    Wilkes Barre, PA 18773-9500
                                                                                TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Dana L Kurtz
aty            Kurtz Law Offices Ltd
aty            Lois West
13548302     ##+Hsbc/rs Ce,    700 N Wood Dale Rd,    Wood Dale, IL 60191-1136
                                                                 TOTALS: 3, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

```
Date: Aug 13, 2014                          Signature:   /s/Joseph Speetjens
```

District/off: 0752-1          User: nmolina          Page 2 of 2          Date Rcvd: Aug 11, 2014
                             Form ID: pdf006         Total Noticed: 25

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2014 at the address(es) listed below:
          Eugene  Crane   on behalf of Trustee Eugene  Crane ecrane@craneheyman.com,
           jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
          Eugene  Crane   ecrane@craneheyman.com,
           il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
          Michael  Bane   on behalf of Debtor Glenn M. Ross michael@lifetimedebtsolutions.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                        TOTAL: 4