**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ROSS, GLENN M. § Case No. 09-05421-PH
 §
 §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $513,934.82          Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,114.39          Claims Discharged
                                                    Without Payment: $40,422.00

Total Expenses of Administration: $10,458.32

   3)  Total gross receipts of $    28,648.75    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    9,076.04   (see **Exhibit 2**), yielded net receipts of $19,572.71 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $508,615.52 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,458.32 | 10,458.32 | 10,458.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 49,612.00 | 9,114.39 | 9,114.39 | 9,114.39 |
| **TOTAL DISBURSEMENTS** | $558,227.52 | $19,572.71 | $19,572.71 | $19,572.71 |

4) This case was originally filed under Chapter 7 on February 20, 2009. The case was pending for 73 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/27/2015          By: /s/EUGENE CRANE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wrongful Termination Lawsuit | 1249-000 | 28,648.75 |
| **TOTAL GROSS RECEIPTS** | | **$28,648.75** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ROSS, GLENN M. | Dividend paid 100.00% on $9,076.04; Claim# SURPLUS; Filed: $9,076.04; Reference: 8200-002 | | 9,076.04 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$9,076.04** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | GEMB/Suzuki | 4210-000 | 11,363.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4210-000 | 225,672.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC | 4210-000 | 5,365.00 | N/A | N/A | 0.00 |
| NOTFILED | Select Portfolio Servicing, Inc. | 4210-000 | 266,215.52 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$508,615.52** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 2,707.27 | 2,707.27 | 2,707.27 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 6,536.50 | 6,536.50 | 6,536.50 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 113.87 | 113.87 | 113.87 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 980.00 | 980.00 | 980.00 |
| Rabobank, N.A. | 2600-000 | N/A | 39.83 | 39.83 | 39.83 |
| Rabobank, N.A. | 2600-000 | N/A | 41.14 | 41.14 | 41.14 |
| Rabobank, N.A. | 2600-000 | N/A | 39.71 | 39.71 | 39.71 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $10,458.32 | $10,458.32 | $10,458.32 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Credit Union 1 | 7100-000 | 6,146.00 | 6,362.92 | 6,362.92 | 6,362.92 |
| 1I | Credit Union 1 | 7990-000 | N/A | 228.49 | 228.49 | 228.49 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Sallie Mae | 7100-000 | 3,044.00 | 2,435.52 | 2,435.52 | 2,435.52 |
| 2I | Sallie Mae | 7990-000 | N/A | 87.46 | 87.46 | 87.46 |
| NOTFILED | HSBC/rs Ce | 7100-000 | 4,796.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/rs | 7100-000 | 15,679.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/rs | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Litton Loan Servicing | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | National City Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wf Fin Bank | 7100-000 | 3,369.00 | N/A | N/A | 0.00 |
| NOTFILED | Select Portfolio Servicing, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HSBC/ms | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase Credit Card | 7100-000 | 4,977.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank | 7100-000 | 8,644.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Credit Card | 7100-000 | 2,157.00 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide Home Lending | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | GEMB/HH Gregg | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $49,612.00 | $9,114.39 | $9,114.39 | $9,114.39 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-05421-PH  
**Case Name:** ROSS, GLENN M.  

**Period Ending:** 03/27/15

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 02/20/09 (f)  
**§341(a) Meeting Date:** 03/30/09  
**Claims Bar Date:** 11/20/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Real Estate located at 3772 W. Myrick, Chicago 6 | 162,729.00 | 0.00 | | 0.00 | FA |
| 2  Real Estate located at 336, IL 60440 | 250,000.00 | 0.00 | | 0.00 | FA |
| 3  Checking account with Bank of America | 30.00 | 30.00 | | 0.00 | FA |
| 4  Savings account with Credit Union | 10.00 | 10.00 | | 0.00 | FA |
| 5  Miscellaneous used household goods | 800.00 | 800.00 | | 0.00 | FA |
| 6  Personal used clothing | 300.00 | 300.00 | | 0.00 | FA |
| 7  Employer - Term Life Insurance - no cash surrend | 0.00 | 0.00 | | 0.00 | FA |
| 8  Wells Fargo - Term life policy - No cash surrend | 0.00 | 0.00 | | 0.00 | FA |
| 9  Pension through employer - County Employees' Anu | 53,893.82 | 53,893.82 | | 0.00 | FA |
| 10  Expected tax refund for 2008 based on previous y | 5,762.00 | 5,762.00 | | 0.00 | FA |
| 11  2005 Suzuki Hayabusa with 1,500 miles Value base | 6,395.00 | 6,395.00 | | 0.00 | FA |
| 12  2007 cadillac escalade with 18,000 miles Value b | 32,815.00 | 32,815.00 | | 0.00 | FA |
| 13  Checking account with Bank of America DUPE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 14  Savings account with Credit UnionDUPE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 15  Miscellaneous used household goods DUPE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 16  Personal used clothing DUPE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 17  Duty handgun | 700.00 | 700.00 | | 0.00 | FA |
| 18  off duty handgun | 500.00 | 500.00 | | 0.00 | FA |
| 19  Employer - Term Life Insurance -DUPE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 20  Wells Fargo-Term Life Policy DUPE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 21  Pension through employer - DUPE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 22  Expected tax refund for 2008 DUPE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 23  2005 Suzuki Hayabusa DUPE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 24  2007 cadillac escalade DUPE ASSET | 0.00 | 0.00 | | 0.00 | FA |
| 25  Wrongful Termination Lawsuit (u)  Case Re-opened to administer this asset. | Unknown | 25,000.00 | | 28,648.75 | FA |
| **25  Assets  Totals** (Excluding unknown values) | **$513,934.82** | **$126,205.82** | | **$28,648.75** | **$0.00** |

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-05421-PH  **Trustee:** (330350) EUGENE CRANE
**Case Name:** ROSS, GLENN M.  **Filed (f) or Converted (c):** 02/20/09 (f)
 **§341(a) Meeting Date:** 03/30/09
**Period Ending:** 03/27/15  **Claims Bar Date:** 11/20/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

08/08: TFR filed with Court; hg on 09/09 at 10:30am J-Hollis (dk)

07/25: TFR filed with USTO

03/31/2014: According to accountant there will be tax liability.  Will file motion to employ Lois West, CPA to prepare estate tax returns. (dk)

03/20/2014: Settlment reached and approved by BK Court ; waiting for settlement checks (dk)

08/19/2013: Special counsel advised that Judge recommended a global settlement whereby Ttee would get $30,000.00 (after payment of fees etc.).  EC accepted.  However, the Sheriff's office could still reject the recommendation. (dk)

03/30/2013: Special counsel retained (dk)

01/15/2013: Will retain special csl in civil lawsuit .  Atty says it may or may not settle parties are far apart on the agreement (dk)

08/14/12: Re-opened to administer lawsuit.  Value unknown at this point, it is going to trial (dk)

04/03/2009: Original NA filed (dk)

**Initial Projected Date Of Final Report (TFR):** December 31, 2014  **Current Projected Date Of Final Report (TFR):** August 8, 2014 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-05421-PH  
**Case Name:** ROSS, GLENN M.  
**Taxpayer ID #:** **-***3155  
**Period Ending:** 03/27/15

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2066 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/14 | {25} | Kurtz Law Offices, Ltd. | Settlement for Civil Rights Litigation | 1249-000 | 3,648.75 | | 3,648.75 |
| 03/31/14 | {25} | Kurtz Law Offices, Ltd. | Settlement for Civil Rights Litigation | 1249-000 | 25,000.00 | | 28,648.75 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.83 | 28,608.92 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.14 | 28,567.78 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.71 | 28,528.07 |
| 09/09/14 | 101 | EUGENE CRANE | Dividend paid 100.00% on $2,707.27, Trustee Compensation; Reference: | 2100-000 | | 2,707.27 | 25,820.80 |
| 09/09/14 | 102 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $980.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 980.00 | 24,840.80 |
| 09/09/14 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $6,536.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,536.50 | 18,304.30 |
| 09/09/14 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $113.87, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 113.87 | 18,190.43 |
| 09/09/14 | 105 | Credit Union 1 | Dividend paid 100.00% on $6,362.92; Claim# 1; Filed: $6,362.92; Reference: | 7100-000 | | 6,362.92 | 11,827.51 |
| 09/09/14 | 106 | Sallie Mae | Dividend paid 100.00% on $2,435.52; Claim# 2; Filed: $2,435.52; Reference: | 7100-000 | | 2,435.52 | 9,391.99 |
| 09/09/14 | 107 | Credit Union 1 | Interest Dividend paid 100.00% for Claim# 1 | 7990-000 | | 228.49 | 9,163.50 |
| 09/09/14 | 108 | Sallie Mae | Interest Dividend paid 100.00% for Claim# 2 | 7990-000 | | 87.46 | 9,076.04 |
| 09/09/14 | 109 | ROSS, GLENN M. | Dividend paid 100.00% on $9,076.04; Claim# SURPLUS; Filed: $9,076.04; Reference: | 8200-002 | | 9,076.04 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 28,648.75 | 28,648.75 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 28,648.75 | 28,648.75 | |
| Less: Payments to Debtors | | 9,076.04 | |
| **NET Receipts / Disbursements** | **$28,648.75** | **$19,572.71** | |

{} Asset reference(s)    Printed: 03/27/2015 03:19 PM    V.13.22

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-05421-PH  
**Case Name:** ROSS, GLENN M.  

**Taxpayer ID #:** **-***3155  
**Period Ending:** 03/27/15  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :        28,648.75  
Less Payments to Debtor :     9,076.04  
Net Estate :          $19,572.71

| | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| | Checking # ******2066 | 28,648.75 | 19,572.71 | 0.00 |
| | | $28,648.75 | $19,572.71 | $0.00 |

{} Asset reference(s)

Printed: 03/27/2015 03:19 PM     V.13.22